## MICHAEL CLAY v. STATE OF MARYLAND

[No. 89, September Term, 1977.]

*Decided November 7, 1977.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE and ORTH, JJ.

*George E. Burns, Jr., Assistant Public Defender,* with whom was *Alan H. Murrell, Public Defender,* on the brief, for appellant.

*Gilbert H. Robinette, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General,* and *Clarence W. Sharp, Assistant Attorney General,* on the brief, for appellee.

### ORDER

The petition for writ of certiorari having been granted and heard, it is this ___7th___ day of November, 1977

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.

/s/ Robert C. Murphy
Chief Judge